

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-13-00239-CV

**LAW OFFICE OF OSCAR C. GONZALEZ, INC.** and Oscar Gonzalez,
Appellants

v.

Isabel **SLOAN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14280
Honorable Larry Noll, Judge Presiding

# O R D E R

The appellant's unopposed first motion for extension of time to file reply brief is hereby GRANTED. Time is extended to June 9, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court